**CALDARELLI HEJMANOWSKI & PAGE LLP**
William J. Caldarelli (SBN #149573)
12340 El Camino Real, Suite 430
San Diego, CA  92130
Tel: (858) 720-8080
Fax: (858) 720-6680
wjc@chplawfirm.com

**FABIANO LAW FIRM, P.C.**
Michael D. Fabiano (SBN #167058)
12526 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  (619) 742-9631
mdfabiano@fabianolawfirm.com

**OSBORNE LAW LLC**
John W. Osborne (*Pro Hac Vice* App. Pending)
33 Habitat Lane
Cortlandt Manor, NY  10567
Telephone:  (914) 714-5936
josborne@osborneipl.com

**WATTS LAW OFFICES**
Ethan M. Watts (SBN #234441)
12340 El Camino Real, Suite 430
San Diego, CA  92130
Telephone:  (858) 509-0808
Facsimile:  (619) 878-5784
emw@ewattslaw.com

Attorneys for Plaintiff Ameranth, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERANTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENTABLE, INC., <br><br> Defendant. | Case No. 13cv1840 GPC (BLM) <br><br> **NOTICE OF PARTY WITH FINANCIAL INTEREST** <br><br> **DEMAND FOR JURY TRIAL** |

**NOTICE OF PARTY WITH FINANCIAL INTEREST**
**Case No. 13cv1840 GPC (BLM)**

Plaintiff Ameranth, Inc. makes the following statement per Civil Local Rule 40.2 and Federal Rule of Civil Procedure 7.1(b)(2):  Ameranth, Inc. has no parent corporation, and no publicly held company owns 10% or more of Ameranth's stock.

Respectfully submitted,

Dated: August 8, 2013

CALDARELLI HEJMANOWSKI & PAGE LLP

By: */s/ William J. Caldarelli*
    William J. Caldarelli
    Ben West

FABIANO LAW FIRM, P.C.
Michael D. Fabiano

OSBORNE LAW LLC
John W. Osborne

WATTS LAW OFFICES
Ethan M. Watts

**Attorneys for Plaintiff AMERANTH, INC.**

1
**NOTICE OF PARTY WITH FINANCIAL INTEREST**
**Case No. 13cv1840 GPC (BLM)**